JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>MICHAEL KIRBY, ANNA KIRBY, JOHN GENNARO, and CAROL GENNARO,<br><br>Defendants and Counter-Claimants.<br><br>AND RELATED COUNTERCLAIM | Case No.: CV 14-1508-DMG(AJWx)<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE OF COMPLAINT AND COUNTERCLAIM [34]**<br><br>[FED.R.CIV.P. 41(a)(1)(A)(ii)] |

Based on the parties' stipulation, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Defendants MICHAEL KIRBY, ANNA KIRBY, JOHN GENNARO and CAROL GENNARO are hereby DISMISSED from this action, WITH PREJUDICE, with the parties to bear their own costs and fees.  In addition, Plaintiff ALLSTATE INSURANCE COMPANY is hereby DISMISSED from the Counterclaim, WITH PREJUDICE, with the parties to bear their own costs and fees.  Further, the Final Pretrial Conference on September 29, 2015 and the Jury Trial on October 27, 2015 are hereby VACATED.

IT IS SO ORDERED.

DATED:  December 4, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE